United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GEARVIS MERCADO LEYVA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01196** |
| | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **JUSTICE IMMIGRATION COURT,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

Pending before the Court is Petitioner Gearvis Mercado Leyva's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1), and **serve it on Petitioner via mail by any receipted means** no later than **July 13, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243.[1] The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is permitted to submit a reply on or before **July 20, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entry No. 1 and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

The Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

---

[1] Respondents must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is *pro se*.

**Gearvis Mercado Leyva**
**A# 244-505-329**
**Webb County Detention Center**
**9998 US-83**
**Laredo, TX 78046**

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least five (5) days beforehand.

IT IS SO ORDERED.

SIGNED this July 6, 2026.

_____
Diana Saldaña
United States District Judge